**Fill in this information to identify the case:**

Debtor 1 ____Patricia Lynn Hanson_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Northern_____ District of IL
                                                                  (State)

Case number _____13-46166_____

# Form 4100R
## Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** ___Land Home Financial Services, Inc._____

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: __0380__ ____ ____ ____

**Property address:** _____

2965 Old Glory Dr., Yorkville, IL 60560

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
☐ on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/____/_____
                                                              MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
☐ of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                       (a) $26,619.45

   b. Total fees, charges, expenses, escrow, and costs outstanding:  b) $7,289.18

   c. **Total**. Add lines a and b.                                  (c) $33,908.63   less
                                                                                    $5,200.62 in suspense
                                                                                    =$28,708.01

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  04/01/2018

Form 4100R                    **Response to Notice of Final Cure Payment**                 page 1

Debtor 1    ____Patricia L. Hanson_____    Case number (*if known*) ____13-46166_____

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒  I am the creditor.
☐  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Evan Lincoln Moscov                                              Date __2__/___8__/___19_____

Print        Evan Lincoln Moscov                                       Title    Attorney

Company      Weinstein & Riley, P.S.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      325 Washington St., Ste. 303

             Waukegan, IL 60085

312.969.1977                                                           **EvanM@w-legal.com_**

Loanhist.rpt

02/04/2019  1:06:29PM

# Land Home Financial Services, Inc.
## Loan History Summary

Page #1

| Loan ID | Borrower Name |
|---|---|
|  | PATRICIA HANSON |

| Trans Date / Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/19 | 04/01/18 | Attorney Fees & Cost A | 0 | 0 | (75.00) |  | 329,453.58 |  |  |  |  | 106.50 |  |
| 01/16/19 | 01/01/19 | Late Charge Assess | 0 | 0 | (53.25) |  | 329,453.58 |  |  |  | (53.25) | 106.50 |  |
| 01/07/19 | 12/01/18 | Late Charge Assess | 0 | 0 | (53.25) |  | 329,453.58 |  |  |  | (53.25) | 53.25 |  |
| 12/16/18 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 12/07/18 | 04/01/18 | Unapplied Payment | 0 | 0 | 5,200.62 |  | 329,453.58 |  |  |  |  | 0.00 |  |
| 11/30/18 |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | $0.00 |  |  |  | $0.00 |



3611 South Harbor Boulevard, Suite100
Santa Ana, CA 92704
Phone: (877) 557-9042
https://servicing.lhfs.com/

February 04, 2019

PATRICIA HANSON
2965 OLD GLORY DR
YORKVILLE, IL 60560

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: ▮▮▮▮▮▮▮▮
PATRICIA HANSON
2965 OLD GLORY DR
YORKVILLE, IL 60560
Loan Type: Conventional

When remitting funds, please use our loan number to insure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| **Projected Payoff Date** | **2/4/2019** |
|---|---|
| Principal Balance | $329,453.58 |
| Interest thru 2/4/2019 | $6,848.66 |
| Fees | $7,289.18 |
| Prepayment Penalty | $0.00 |
| Release Fees | $0.00 |
| Funds owed by borrower | $0.00 |
| Funds owed to borrower | ($5,200.62) |
| **Total Payoff** | **$338,390.80** |
| Per Diem | $20.23 |

The next payment due is 4/1/2018. Payments are made by coupon on a monthly basis. The current interest rate is 2.24100% and the P&I payment is $1,065.05.

**PLEASE CALL THE NUMBER LISTED BELOW TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

| **Payment Instructions:** | **Wiring Instructions:** |
|---|---|
| **Check:** Land Home Financial Services Inc. | Sunwest Bank |
| P.O. Box 25164 | 2050 Main Street, Suite 100 |
| Santa Ana CA 92799-5164 | Irvine, CA 92614 |
| Attn: Payment Processing | Routing: 122228003 |
| Include Borrowers Loan Number | Account: 0101246663 |
| | Phone: 877-557-9042 |
| | Include LHFS loan number. |

**Disclosure**: This is an attempt to collect a debt. Any information obtained will be used for that purpose (FDCPA 15 U.S.C. §§ 1692 et seq). You are now communicating with a debt collector. It does not imply that Land Home Financial Services, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.

PO1.rpt
2/4/2019



3611 South Harbor Boulevard, Suite100
Santa Ana, CA 92704
Phone: (877) 557-9042
https://servicing.lhfs.com/

**PATRICIA HANSON - Loan ID #**

# FEE DETAILS

| Description | Amount |
|---|---:|
| Late Charge Payment | $106.50 |
| Attorney Fees & Cost | $75.00 |
| Prior Srvcr Escw Adv | $7,107.68 |
|  | **$7,289.18** |

PO1.rpt
2/4/2019



3611 South Harbor Boulevard, Suite100
Santa Ana, CA 92704
Phone: (877) 557-9042
https://specialservicing.lhfinancial.com/

February 4, 2019

Patricia Hanson

2965 Old Glory Rd
Yorkville, IL 60560

**Regarding: Land Home Financial Services**
Loan Number: ▉▉▉▉▉▉▉
2965 Old Glory Rd
Yorkville, IL 60560

Dear Valued Customer(s):

We have not received the payment(s) due beginning with **04/01/2018** on your mortgage loan. Please send the amount shown below which includes any additional fees and charges due.

| | |
|---|---|
| **Projected Reinstatement Date:** | 02/04/2019 |
| Number of Pmts Due: | 11 |
| Payment Due: | $26,619.45 |
| Late Charges Due: | $106.50 |
| NSF Fees Due: | $0.00 |
| Legal Fees Due: | $7,182.68 |
| Other Fees Due: | $0.00 |
| Less Unapplied Funds: | ($5,200.62) |
| Default Interest Due: | $0.00 |
| Total Amount Due: | **$28,708.01** |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. Send your payment immediately to the address shown below. If you have any questions, you may call us at (877) 557-9042.

Sincerely,

Land Home Financial Services
PO Box 25164
Santa Ana, CA 92799-5164

**Disclosure: This is an attempt to collect a debt. Any information obtained will be used for that purpose (FDCPA 15 U.S.C. §§ 1692 et seq). You are now communicating with a debt collector. It does not imply that Land Home Financial Services, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.**